UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| | ) | No. 3:08-CR-36 |
| V. | ) | (Phillips / Shirley) |
| | ) | |
| EDDIE GENE FRAKER, | ) ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court upon Eddie Gene Fraker's second Motion for Enlargement of Time in Which to File Motions [Doc. 13], filed May 16, 2008. Counsel for Mr. Fraker, Attorney Gerald Gulley, has set forth appropriate circumstances for the Court's consideration in support of an extension of that deadline, to include the receipt of discovery materials on the date of the motions deadline.

The Court finds that good cause has been shown to extend the deadline previously establish for filing of motions. Accordingly, Mr. Fraker's second Motion for Enlargement of Time in Which to File Motions **[Doc. 13]** is **GRANTED**. The deadline for filing pretrial motions is extended to **May 30, 2008,** as requested. If such motions are filed, the Court will establish a deadline for

responses and address the June 11, 2008, trial date at the Pretrial Conference on **June 3, 2008, at 2:00 p.m.**

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge